**ORDER:**
Motion granted.

*E. Clifton Knowles*
U.S. Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF TENNESSEE

AT NASHVILLE

FILED
2013 OCT 23 PM 3: 45
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TN

---

| | |
|---|---|
| LARRY SNEED )<br>    Plaintiff, ) | CASE NO: 3:13-CV-0804 |
| V. ) | JUDGE:   Kevin H. Sharp |
| EXPERIAN INFORMATION SOLUTIONS, Inc.; )<br>ACCESS BUSINESS LOANS, Inc.; and EMPIRE )<br>MERCHANT ADVANCE, )<br>    Defendants. ) | MAGISTRATE JUDGE: E. Clifton Knowles<br><br>JURY DEMAND |

## PLAINTIFF'S MOTION FOR LEAVE TO RESPOND TO DEFENDANTS ACCESS BUSINESS LOANS.INC. AND EMPIRE MERCHANT ADVANCE'S RESPONSE TO PLAINTIFF'S MOTION TO DISMISS

Comes now the plaintiff, Pro Se, and would move the court for leave to respond to defendant's response to defendant's answer to plaintiff's Motion to Dismiss, and would say to the court as follows:

1. Plaintiff filed his complaint against defendants on August 13, 2013.

2. Defendants filed a motion with this court on September 10, 2013 for an extension of time in order to file an answer to the complaint.

3. On or about September 20, 2013, defendants filed a Motion to Dismiss or, In The Alternative, Motion for Summary Judgment.

4. Plaintiff filed his response to defendant's Motion on October 4, 2013.

5. Defendant's have filed a response to plaintiff's Motion to Dismiss on October 18, 2013.

6. It is to this Response by Defendants that plaintiff begs leave of the Court to answer.